COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00056-CV 

 

 


 
 
 In the Interest of A.L., S.L., and
 C.L., the Children
 
 
  
 
 
  
 
 


 

 

------------

 

FROM THE
393rd District Court OF Denton
COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant’s “Motion
For Dismissal Of Appeal.”  It is the
court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

 

PER
CURIAM

 

PANEL:  GARDNER, WALKER, and
MCCOY, JJ.  

 

DELIVERED:  September 9, 2010











[1]See Tex. R. App. P. 47.4.